THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Roy Hook,       
Appellant.
 
 
 

Appeal From Barnwell County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-442
Submitted April 18, 2003  Filed June 25, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Theresa A. Knox, Legal 
 Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM: Roy E. Hook was indicted for 
 possession of marijuana with intent to distribute near a school or park.  Hook 
 pled guilty and was sentenced to ten years imprisonment, suspended upon the 
 service of five years probation, performance of 240 hours public service employment, 
 payment of a $300 fine, completion of substance abuse counseling, and random 
 drug testing.  Hook appeals, arguing that the circuit court erred in revoking 
 his probation.  Counsel for Hook has filed a final brief and submitted a petition 
 to be relieved as counsel.[1]  
 Hook also filed a pro se response.  
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 motion to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., CURETON and ANDERSON, JJ., concur.

 
 [1] 
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rule 215, SCACR.